UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KHALID HENDERSON,<br><br>      Plaintiff,<br>  v.<br><br>CLARK COUNTY DETENTION CENTER,<br>*et al.*,<br><br>      Defendants. | Case No. 2:21-cv-00633-RFB-EJY<br><br>**ORDER** |

      This civil-rights action was dismissed without prejudice when pro se plaintiff Khalid Henderson failed to file a second amended complaint in compliance with the Court's March 9, 2022, screening order. (ECF Nos. 12, 13, 14). On October 26, 2022, the Court construed Henderson's document at ECF No. 15 as a motion for the Court to reconsider its order dismissing and closing this case, and the Court granted Henderson that relief. (ECF No. 23). The Court directed the Clerk of the Court to reopen this action and granted Henderson until December 26, 2022, to file his updated address with the Court and file a second amended complaint consistent with the Court's March 9, 2022, screening order. (Id. at 3).[1] And because it appeared that Henderson had been transferred from Clark County Detention Center to High Desert State Prison ("HDSP"), the Court directed that a copy of its October 26, 2022 Order be sent to Henderson at the address listed with the Court for HDSP's law library. (ECF No. 23 at 3). The Court's records reflect that happened.

      The deadline for Henderson to file his updated address with the Court and file a second amended complaint has passed, but Henderson has not filed anything with the Court. The Court will grant Henderson a final extension of time to comply with these requirements.

---

[1] The Ninth Circuit dismissed Henderson's appeal for lack of jurisdiction on November 9, 2022. (ECF No. 25).

## I. CONCLUSION

It is therefore ordered that Henderson has until March 6, 2023 to file his updated address with the Court and file a second amended complaint consistent with the findings and directions in the Court's March 9, 2022 Screening Order.

Henderson is cautioned that, if he fails to timely file his updated address and a second amended complaint with the Court, this action will be subject to dismissal without prejudice for failure to state a claim and failing to obey a court order.

The Clerk of the Court is directed to send Plaintiff Henderson courtesy copies of (a) this order, (b) the Court's March 9, 2022 Screening Order (ECF No. 12), (c) the Amended Complaint (ECF No. 6), and (d) the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same by sending them to Khalid Henderson at the electronic address listed with the Court for High Desert State Prison's law library.

Dated: January 4, 2023

_____
RICHARD F. BOULWARE, III
UNITED STATES DISTRICT JUDGE