UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KHALID HENDERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>   Defendants. | Case No. 2:21-cv-00633-RFB-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion to Obtain the Name of Defendant(s) and Production of Document(s) (ECF No. 37) and Motion for Extension of Time (ECF No. 38).

Plaintiff's Motion at ECF No. 37 seeks information from Defendant Las Vegas Metropolitan Police Department (the "LVMPD" or the "Department") including the identities of certain individuals and the production of certain documents that Plaintiff believes are critical to his case. On February 28, 2023, LVMPD waived service under Fed. R. Civ. P 4(d) resulting in a 60 day period within which it can respond to Plaintiff's Complaint. The due date for LVMPD's response is April 10, 2023. ECF No. 35.

After LVMPD files its responsive pleading, the Court will issue a scheduling order explaining how Plaintiff may obtain (discover) documents and information from the LVMPD. The discovery process includes Plaintiff's right to send the Department requests for production of documents under Federal Rule of Civil Procedure 34. A Rule 34 request for production of documents allows you to ask for the types of things you identify in the Motion at ECF No. 37.

In sum, Plaintiff's Motion is premature. Plaintiff may seek document production after the scheduling order is issued by the Court.

Plaintiff's second motion seeks an extension of time to file responses to motions pending before the Court. ECF No. 38. Plaintiff misunderstands the Court's Screening Order (ECF No. 32), as well as the Waiver of Service returned by the LVMPD (ECF No. 35). Neither is a motion and

there is no response required or needed from Plaintiff. No extension of time is needed as nothing is due from Plaintiff.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Obtain the Name of Defendant(s) and Production of Document(s) (ECF No. 37) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 38) is DENIED.

DATED this 7th day of April, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2