UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KHALID HENDERSON, | Case No. 2:21-cv-00633-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CLARK COUNTY DETENTION CENTER, *et al.*, | |
| Defendants. | |

Plaintiff is no longer at the address on file with the Court (*see* ECF No. 63) and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.  LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Accordingly, IT IS HEREBY ORDERED that no later than **May 3, 2024** Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that failure to file a current address on or before **May 3, 2024**, will result in a recommendation to dismiss this action without prejudice.  A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he can provide the Court with a current address.

DATED this 3rd day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE